# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. William Westley Hunt                  Docket No. 4:12-CR-109-1BO

### Petition for Action on Probation

COMES NOW J. Brock Knight, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Westley Hunt, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, and Possession of a Silencer Not Registered With the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5842 and 5861(d), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on June 5, 2013, to a 5-year term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 50 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 17, 2014, at approximately 12:50 a.m., the defendant was arrested by Officer Aguirre of the Dare County Sheriff's Department, and charged with Driving While Impaired (14CR50993). The charge is pending adjudication in Dare County District Court. The defendant submitted to a chemical breath test after the alleged incident and his blood alcohol content was documented as .15. When this officer confronted the defendant about the alleged criminal conduct, he admitted that he operated a motor vehicle after consuming alcohol and expressed remorse for this conduct. As a sanction for this conduct, we are recommending the court add a condition to the defendant's supervision requiring service of 5 days custody. Additionally, inasmuch as Hunt does not have a drug aftercare condition, it is recommended his conditions of supervision be modified to include such condition which will serve to monitor the defendant's lifestyle while also providing a means for treatment intervention.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

William Westley Hunt
Docket No. 4:12-CR-109-1BO
Petition For Action
Page 2

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 consecutive days, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ J. Brock Knight<br>J. Brock Knight<br>U.S. Probation Officer<br>201 South Evans Street, Room 214<br>Greenville, NC 27858-1137<br>Phone: 252-758-7200<br>Executed On: July 22, 2014 |

## ORDER OF COURT

Considered and ordered this 23 day of July, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge